# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, <br><br> v. <br><br> **PEDRO ABDIEL TORRES-SOTO,** Defendants. | **INDICTMENT** <br><br> CRIMINAL NO. 25-269 (PAD) <br><br> **VIOLATIONS:** <br><br> 18 U.S.C. § 1201(a)(1) <br> 18 U.S.C. § 2119(1) <br><br> **THREE COUNTS** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Kidnapping
### (18 U.S.C. §§ 1201(a)(1))

On or about May 21, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**PEDRO ABDIEL TORRES-SOTO,**

did unlawfully and willfully kidnap, abduct, or carry away and otherwise hold C.O.R.S., an adult male victim, by using a means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense, namely a motor vehicle-- that is, a blue Mitsubishi Lancer, PR Tag # KKU976. All in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT TWO
### Carjacking
(18 U.S.C. §§ 2119(1))

On or about May 21, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**PEDRO ABDIEL TORRES-SOTO,**

took from the person or presence of C.O.R.S., an adult male individual, a motor vehicle -- that is, a blue Mitsubishi Lancer, PR license plate #KKU976, that had been transported, shipped, and received in interstate or foreign commerce -- by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

[INTENTIONALLY LEFT BLANK]

## COUNT THREE
### Carjacking
(18 U.S.C. §§ 2119(1))

On or about May 21, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**PEDRO ABDIEL TORRES-SOTO,**

took from the person or presence of E.R.R., an adult male individual, a motor vehicle -- that is, a grey Infiniti Q50 PR license plate #IYT 423, that had been transported, shipped, and received in interstate or foreign commerce -- by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2119(1).

TRUE BILL,
FOREPERSON

Date: June 5th, 2025

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Deputy Chief, Violent Crimes
Section

Corinne Cordero-Romo
Assistant U.S. Attorney

3